VICTOR S. EVERETT, Appellant, *v.* ELLIS L. PHILLIPS, et al., Respondents, Impleaded with Others.

Submitted June 15, 1942; decided July 29, 1942.

MOTION for reargument denied with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 227.)

DANIEL F. LAURIN, Respondent, *v.* PATRICK CONSTRUCTION CORPORATION, Appellant, Impleaded with Another.

Reported below, 263 App. Div. 1013.

Submitted July 29, 1942; decided July 29, 1942.

*Abraham Bernard King* for motion.

*Charles F. Bachmann* opposed.

Motion denied.